# EXHIBIT A

| IP | ISP | Date/Time (CST) | Torrent |
|---|---|---|---|
| 24.241.19.252 | Charter Communications | 9/1/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 24.177.97.37 | Charter Communications | 9/1/10 8:16 AM | kaycee01.wmv |
| 71.91.76.42 | Charter Communications | 8/29/10 4:57 AM | amateur allure jessie jackie |
| 24.151.69.95 | Charter Communications | 8/26/10 8:25 AM | kaycee01.wmv(2) |
| 24.196.125.234 | Charter Communications | 8/26/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 69.166.181.116 | CDE | 8/29/10 8:45 AM | Amateur.Allure.-.Arryn |
| 68.54.9.77 | Comcast Cable | 9/1/10 9:00 AM | amateur allure jessie jackie |
| 174.52.120.71 | Comcast Cable | 8/29/10 4:03 AM | amateur allure jessie jackie |
| 71.63.50.17 | Comcast Cable | 9/1/10 8:56 AM | kaycee01.wmv |
| 68.44.34.120 | Comcast Cable | 9/1/10 8:55 AM | amateur allure jessie jackie |
| 71.194.185.211 | Comcast Cable | 9/1/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 98.220.46.239 | Comcast Cable | 9/1/10 8:15 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 98.222.182.57 | Comcast Cable | 9/1/10 8:15 AM | amateur allure jessie jackie |
| 76.28.159.230 | Comcast Cable | 9/1/10 9:43 AM | amateur allure jessie jackie |
| 24.16.237.195 | Comcast Cable | 9/1/10 8:16 AM | kaycee01.wmv |
| 76.28.156.3 | Comcast Cable | 8/29/10 6:31 AM | amateur allure jessie jackie |
| 67.185.65.240 | Comcast Cable | 8/29/10 4:03 AM | Amateur.Allure.-.Arryn |
| 67.164.34.198 | Comcast Cable | 9/1/10 10:08 AM | amateur allure jessie jackie |
| 98.208.56.218 | Comcast Cable | 9/1/10 10:02 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 76.126.221.225 | Comcast Cable | 9/1/10 9:48 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 98.207.143.156 | Comcast Cable | 9/1/10 9:39 AM | Amateur.Allure.-.Kaycee |
| 67.188.242.79 | Comcast Cable | 9/1/10 8:16 AM | amateur allure jessie jackie |
| 69.181.33.27 | Comcast Cable | 8/29/10 9:45 AM | Amateur Allure - Gigi.wmv |
| 98.248.203.100 | Comcast Cable | 8/26/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 24.8.69.181 | Comcast Cable | 9/1/10 8:29 AM | Amateur.Allure.-.-.Lailani |
| 69.242.229.78 | Comcast Cable | 8/29/10 8:52 AM | Amateur.Allure.-.Arryn |
| 69.254.238.136 | Comcast Cable | 8/26/10 8:13 AM | kaycee01.wmv(2) |
| 69.138.73.56 | Comcast Cable | 8/29/10 4:52 AM | amateur allure jessie jackie |
| 98.204.103.58 | Comcast Cable | 8/29/10 3:55 AM | Amateur Allure - Gigi.wmv |
| 98.200.247.96 | Comcast Cable | 8/29/10 4:03 AM | amateur allure jessie jackie |
| 69.244.179.130 | Comcast Cable | 8/29/10 5:52 AM | Amateur.Allure.-.-.Lailani |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 24.44.249.97 | Comcast Cable | 8/29/10 4:54 AM | Amateur Allure - Gigi.wmv |
| 67.85.102.216 | Comcast Cable | 8/29/10 4:07 AM | amateur allure jessie jackie |
| 71.61.228.181 | Comcast Cable | 8/26/10 8:29 AM | kaycee01.wmv(2) |
| 174.49.88.108 | Comcast Cable | 8/29/10 5:53 AM | Amateur.Allure.-.Arryn |
| 76.169.10.249 | Comcast Cable | 9/1/10 10:16 AM | Amateur.Allure.-.Kaycee |
| 68.104.56.166 | Cox Communications | 9/1/10 8:16 AM | amateur allure jessie jackie |
| 70.161.255.198 | Cox Communications | 9/1/10 9:48 AM | amateur allure jessie jackie |
| 98.185.131.235 | Cox Communications | 9/1/10 9:14 AM | Amateur.Allure.-.Kaycee |
| 68.230.69.73 | Cox Communications | 9/1/10 9:01 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 98.176.138.211 | Cox Communications | 9/1/10 8:24 AM | Amateur Allure - Gigi.wmv |
| 68.10.24.95 | Cox Communications | 9/1/10 8:23 AM | Amateur Allure - Gigi.wmv |
| 68.102.62.185 | Cox Communications | 9/1/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 174.69.6.35 | Cox Communications | 9/1/10 8:16 AM | kaycee01.wmv |
| 174.70.103.232 | Cox Communications | 9/1/10 8:15 AM | amateur allure jessie jackie |
| 67.22.148.131 | Cox Communications | 8/29/10 9:02 AM | amateur allure jessie jackie |
| 72.216.8.225 | Cox Communications | 8/29/10 8:52 AM | amateur allure jessie jackie |
| 98.165.153.215 | Cox Communications | 8/29/10 6:50 AM | amateur allure jessie jackie |
| 70.179.18.141 | Cox Communications | 8/29/10 4:03 AM | amateur allure jessie jackie |
| 98.168.177.209 | Cox Communications | 8/29/10 3:51 AM | Amateur Allure - Gigi.wmv |
| 75.79.33.233 | DSL Extreme | 8/26/10 8:28 AM | kaycee01.wmv(2) |
| 74.83.51.97 | Fuse Internet Access | 8/29/10 4:09 AM | Amateur Allure - Gigi.wmv |
| 184.98.123.69 | Qwest Communications | 9/1/10 8:30 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 71.37.163.109 | Qwest Communications | 8/29/10 6:07 AM | amateur allure jessie jackie |
| 184.97.197.88 | Qwest Communications | 8/29/10 5:12 AM | amateur allure jessie jackie |
| 97.121.206.47 | Qwest Communications | 8/29/10 3:55 AM | Amateur Allure - Gigi.wmv |
| 24.208.255.207 | Road Runner | 9/1/10 8:21 AM | kaycee01.wmv |
| 76.189.128.103 | Road Runner | 8/29/10 3:54 AM | Amateur Allure - Gigi.wmv |
| 69.133.68.197 | Road Runner | 8/26/10 8:13 AM | kaycee01.wmv(2) |
| 173.169.165.162 | Road Runner | 8/29/10 3:55 AM | Amateur Allure - Gigi.wmv |
| 76.188.104.161 | Road Runner | 8/29/10 4:03 AM | amateur allure jessie jackie |
| 184.56.121.210 | Road Runner | 8/26/10 8:15 AM | kaycee01.wmv(2) |
| 67.252.185.195 | Road Runner | 9/1/10 8:15 AM | amateur allure jessie jackie |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 98.122.129.13 | Road Runner | 9/1/10 8:22 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 174.97.187.127 | Road Runner | 8/29/10 6:32 AM | amateur allure jessie jackie |
| 67.10.106.69 | Road Runner | 9/1/10 8:56 AM | kaycee01.wmv |
| 72.177.142.120 | Road Runner | 9/1/10 8:15 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 76.186.59.180 | Road Runner | 8/26/10 8:24 AM | kaycee01.wmv(2) |
| 184.59.73.154 | Road Runner | 8/26/10 8:13 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤(2) |
| 66.65.17.140 | Road Runner | 9/1/10 8:48 AM | kaycee01.wmv |
| 70.118.102.91 | Road Runner | 8/26/10 8:24 AM | Amateur.Allure.-.Kaycee(3) |
| 66.74.160.153 | Road Runner | 8/26/10 8:13 AM | kaycee01.wmv(2) |
| 65.29.170.85 | Road Runner | 9/1/10 8:25 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 72.135.240.217 | Road Runner | 8/29/10 6:45 AM | amateur allure jessie jackie |
| 75.27.38.10 | SBC Internet Services | 9/1/10 10:04 AM | kaycee01.wmv |
| 99.62.8.28 | SBC Internet Services | 9/1/10 9:00 AM | amateur allure jessie jackie |
| 75.51.186.152 | SBC Internet Services | 9/1/10 8:59 AM | amateur allure jessie jackie |
| 75.34.212.119 | SBC Internet Services | 9/1/10 8:52 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 75.9.100.134 | SBC Internet Services | 9/1/10 8:15 AM | amateur allure jessie jackie |
| 99.184.8.168 | SBC Internet Services | 8/29/10 6:36 AM | amateur allure jessie jackie |
| 75.4.211.188 | SBC Internet Services | 8/29/10 4:45 AM | Amateur Allure - Gigi.wmv |
| 99.53.229.207 | SBC Internet Services | 8/29/10 4:12 AM | amateur allure jessie jackie |
| 76.254.26.168 | SBC Internet Services | 8/29/10 4:03 AM | amateur allure jessie jackie |
| 70.251.226.213 | SBC Internet Services | 8/26/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 173.218.213.62 | Suddenlink Communications | 8/29/10 3:56 AM | Amateur Allure - Gigi.wmv |
| 75.100.20.96 | TDS Telecom | 8/26/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 129.244.142.73 | UofT OK | 9/1/10 9:13 AM | Amateur Allure - Lailani.wmv |
| 96.254.111.83 | Verizon Internet Services | 9/1/10 10:03 AM | kaycee01.wmv |
| 96.252.66.173 | Verizon Internet Services | 9/1/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 173.58.216.163 | Verizon Internet Services | 9/1/10 8:16 AM | kaycee01.wmv |
| 173.58.209.7 | Verizon Internet Services | 9/1/10 8:16 AM | Gigi Rivera - Amateur Allure ¤10.08.12¤ |
| 108.13.114.81 | Verizon Internet Services | 9/1/10 8:16 AM | Amateur Allure - Lailani.wmv |
| 71.172.238.89 | Verizon Internet Services | 9/1/10 8:15 AM | amateur allure jessie jackie |
| 98.108.141.228 | Verizon Internet Services | 8/29/10 10:18 AM | Amateur.Allure.-.-.Lailani |
| 71.170.0.72 | Verizon Internet Services | 8/29/10 10:12 AM | Amateur.Allure.-.Arryn |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 173.68.71.94 | Verizon Internet Services | 8/29/10 9:51 AM | Amateur.Allure.-.Arryn |
| 71.108.251.135 | Verizon Internet Services | 8/29/10 6:49 AM | amateur allure jessie jackie |
| 72.64.48.57 | Verizon Internet Services | 8/29/10 4:48 AM | Amateur.Allure.-.-.Lailani |
| 108.18.150.115 | Verizon Internet Services | 8/29/10 4:12 AM | amateur allure jessie jackie |
| 74.111.167.174 | Verizon Internet Services | 8/29/10 4:03 AM | amateur allure jessie jackie |