**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:10-cv-05606 |
| DOES 1 – 100, | ) ) ) ) ) | Hon. Judge Zagel<br>Magistrate Judge Brown |
| Defendants. | ) ) | |

**NOTIFICATION OF AFFILIATES OF
<u>TDS TELECOMMUNICATIONS CORPORATION</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, nonparty TDS Telecommunications Corporation, by its undersigned counsel, states that the following are parent companies, subsidiaries or affiliates of TDS Telecommunications Corporation which have any outstanding securities in the hands of the public: Telephone and Data Systems, Inc. Telephone and Data Systems, Inc. owns more than 5% of the stock of TDS Telecommunications Corporation.

CH1 5509721v.1

Dated: October 20, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　   s/ Richard J. O'Brien

Richard J. O'Brien
robrien@sidley.com
Rachel D. Sher
rsher@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Edward McNicholas
eMcNicholas@sidley.com
Elisa K. Jillson
ejillson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW.
Washington , DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711

*Attorneys for Nonparty*
*TDS Telecommunications Corporation*

CH1 5509721v.1