**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 100, ) <br> ) <br> ) <br> ) <br> Defendants. ) <br> ) | Civil No. 1:10-cv-05606 <br><br> Hon. Judge Zagel <br> Magistrate Judge Brown |

## **PROPOSED ORDER**

Upon consideration of TDS Telecommunications Corporation's Motion to Quash A Subpoena to Produce Documents, it is hereby:

ORDERED this ____ day of _____, 2010 that TDS Telecommunications Corporation's Motion to Quash A Subpoena to Produce Documents is GRANTED;

SO ORDERED.

_____
Judge James B. Zagel
United States District Judge

DC1 1842527v.1