IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CHICAGO DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | CASE NO. |
| V. | * | |
| | * | 1:10-CV-05606 |
| DOES 1-100, | * | |
| | * | |
| DEFENDANTS. | * | |

**FILED**
OCT 28 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF DEFENDANT'S REQUEST FOR RESTRICTED DOCUMENTS PURSUANT

TO L.R. 26.2

This notice is submitted to the Clerk of Court to show that the undersigned *pro se* Defendant has filed a contemporaneous motion for protective order requesting that his motion to quash and/or vacate subpoena, motion to dismiss for lack of personal jurisdiction, motion to dismiss for improper joinder and supporting documents for these motions should be sealed to protect the undersigned's identity from Plaintiff.

Dated this 25th day of October, 2010.

Original Copy

Respectfully submitted,

/s/ Michael Brumbelow

Michael Brumbelow a/k/a

Curtis Brumbelow

*Pro Se*

7650 Harbour Walk

Cumming, GA 30041

(678) 570-8646

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CHICAGO DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | CASE NO. |
| V. | * | |
| | * | 1:10-CV-05606 |
| DOES 1-100, | * | |
| | * | |
| DEFENDANTS. | * | |

MOTION FOR PROTECTIVE ORDER

This motion is pursuant to Rule 37, F. R. Civ. Pr., L.R. 5.8, and L.R. 26.2, and is for a protective order to be issued in the above styled case, and files this motion not to make an appearance, but to contest personal jurisdiction, and is made by the undersigned who states that:

1. The undersigned has complied with Rule 37(1) in that he has conferred with the party failing to make disclosure or discovery, namely, his internet service provider, who provided notice of the underlying action and the expressed opportunity to file a motion to quash a subpoena.

2. Notice is not required to all parties under the rule.

3. This is filed in the court where the discovery is to be taken on a non-party, pursuant to Rule 37(2).

Original Copy

4. The purpose of the various filings by the undersigned is to protect his identity from being disclosed to the Plaintiff and automatically subjecting himself to the jurisdiction of this court.

5. The authority of this motion is based on principles higher than statutory authority, that of personal jurisdiction guaranteed by the constitution. See, International Shoe Co. v. Washington, 326 U.S. 310 (1945).

WHEREFORE, the undersigned would respectfully request an order protecting his identity, substantially in the form of "John Doe #XXXX (identity protected) has file motion for protective order in this case, and all filings shall be redacted to eliminate personal information when electronically docketed."

Dated this 25th day of October, 2010

Respectfully submitted,

*(signature)*

Michael Brumbelow a/k/a
Curtis Brumbelow

*Pro Se*

7650 Harbour Walk

Cumming, GA 30041

(678) 570-8646