**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 10 C 05606 |
| ) | |
| DOES 1 – 100, ) | Hon. Judge James B. Zagel |
| ) | Magistrate Judge Geraldine Soat Brown |
| *Defendants*. ) | |

**MOTION TO WITHDRAW NONPARTY TDS TELECOMMUNICATIONS
CORPORATION'S MOTION TO QUASH A SUBPOENA TO PRODUCE DOCUMENTS**

Nonparty TDS Telecommunications Corporation ("TDS") hereby withdraws its Motion to Quash a Subpoena to Produce Documents ("Motion") filed on October 20, 2010, because the Plaintiff withdrew the subpoena after TDS filed this motion. TDS' Motion is therefore moot.

On September 30, 2010, TDS sent a letter to Plaintiff's counsel informing him of TDS' objections to the subpoena and offering to meet and confer about them. Those objections and multiple subsequent email and telephone messages did not result in any response from Plaintiff's counsel. On October 20, 2010, several hours after TDS filed its Motion, Plaintiff's counsel called counsel for TDS to inform him that Plaintiff was withdrawing the subpoena. Plaintiff subsequently confirmed the withdrawal of the subpoena by e-mail. (A copy of which is attached).

Dated: November 4, 2010	Respectfully submitted,

    s/ Richard J. O'Brien

Richard J. O'Brien
robrien@sidley.com
Rachel D. Sher
rsher@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Edward McNicholas
eMcNicholas@sidley.com
Elisa K. Jillson
ejillson@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW.
Washington , DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711

*Attorneys for Nonparty
TDS Telecommunications Corporation*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 4th day of November 2010, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                            By: s/ Richard J. O'Brien

CH1 5531378v.1