**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC. | ) | |
| | ) | CASE NO.: 1:10-cv-05606 |
| Plaintiff, | ) | |
| | ) | Judge: James B. Zagel |
| v. | ) | |
| | ) | Magistrate Judge: Geraldine S. Brown |
| DOES 1 – 100 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT**

Plaintiff HARD DRIVE PRODUCTIONS, INC., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provides this notice that all claims against that certain defendant identified in the Complaint as associated with IP address **74.111.167.174**, should be, and hereby are, dismissed with prejudice.

Respectfully submitted,

Hard Drive Productions, Inc.

**DATED:** November 19, 2010

By: /s/ John Steele
John L. Steele (Bar No. 6292158)
Steele Law Firm, LLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-893-5888;  Fax 312-893-5604
john@steele-law.com
*Attorney for Plaintiff*

6519343v1 63070