**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Hard Drive Productions, Inc.
Plaintiff,
v.
Case No.: 1:10−cv−05606
Honorable James B. Zagel
Does 1−1000
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 23, 2010:

MINUTE entry before Honorable James B. Zagel:Case reopened. The voluntary dismissal filed on 12/21/2010 is only as to those "Does" listed in Attachment, Exhibit A, Notice of dismissal Status hearing set for 1/11/2011 at 10:00 AM to stand.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.