

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

**HARD DRIVE PRODUCTIONS, INC.,**
    Plaintiff;

-v-                              CIVIL ACTION NO. **1:10cv5606**

**DOES 1-1000,**
    Defendant

---

### AFFIDAVIT OF DOE IDENTIFIED AS IP ADDRESS 71.90.68.87

---

STATE OF WISCONSIN   )
                                 ) SS
DANE COUNTY          )

**FILED**
JAN 1 8 2011
Jan 18, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Doe # 71.90.68.87 hereby swears that:

1.    I received a letter from my internet service provider, Charter Communications, notifying me that my personal identifying information would be released to the Court and / or HARD DRIVE PRODUCTIONS (The Plaintiff) due to an alleged copyright infringement. I have attached a redacted copy of that letter to this affidavit, with my personal identifying information stricken for confidentiality (Exhibit A).

2.    I believe my wireless router was being accessed by someone without my consent or authorization. Upon receiving this letter, I took steps to secure my connection by enabling security features on that router. I was not aware and have never been informed that it is unlawful or expected that I would have security enabled on my wireless router.

3.    I have never conducted any internet activity in Illinois. The IP address listed in the subpoena shows that it was located in Wisconsin at the time of the alleged copyright infringement. I did a reverse lookup (called WHOIS by computer professionals) to identify the location of the IP address provided in the subpoena. This reverse lookup shows the IP address to be located in Wisconsin. It does not appear that any of the complained of actions occurred in Illinois, and I do not have any contacts with Illinois.

4.    Charter Communications informs me that the IP address identified by Hard Drive Productions as 71.90.68.87 was identified to me as the account holder at the time of the alleged copyright infringement. I believe that any copyright infringement was through the unauthorized use of my internet connection.

5. I am making this affidavit anonymously because I do not wish to reveal my personal identifying information, and there is no established method for objecting to a subpoena issued in these legal actions described as mass copyright litigation, though Charter Communications informs me that I must file an objection with the Court by January 13, 2011, in order to avoid their release of my personal information.

*John Doe ip 71.90.68.87*

DOE 71.90.68.87

Signed and sworn to before me
On 1/13/11

*Sierra Trisch*

Notary Public, State of Wisconsin
My commission IS PERMANENT.

My commission expires
10/14/12