January 13, 2011

TO: United States District Court for the Northern District of Illinois

RE: Civil Action No. 1:10-cv-05606

**FILED**
JAN 2 0 2011
JAN 20 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom It May Concern within the United States District Court for the Northern District of Illinois:

For the reason of protecting my right to privacy, I write this letter anonymously and therefore, shall wish to remain known as the defendant, DOES 1-1000, as it is stated in Civil Action No. 1:10-cv-05606. It has come to my attention that my Internet Service Provider, Charter Communications, has received a subpoena to produce documents, information, or objects, or to permit inspection of premises in a civil action. In concurrence with the privacy policy agreement I have with Charter Communications, I hereby respectfully move to quash the aforementioned subpoena, and object to any such order to disclose personal information under Civil Action No. 1:10-cv-05606.

Thank you for your time,

DOES 1-1000