YH

FILED

JAN 2 0 2011

JAN 20 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

NORTHERN DISTRICT OF ILLINOIS

U.S. DISTRICT COURT
C.A.No.1:10-cv-05606

**HARD DRIVE PRODUCTIONS INC.,**
**Plaintiff,**

***vs.***

**DOEs, 1 - 1000**
**Defendants**

**<u>JULIAN MAZZOLA'S MOTION TO QUASH SUBPOENA SERVED UPON RCN</u>**

Now comes Julian Mazzola ("Mazzola") and hereby moves this Honorable Court to quash the Plaintiff's Subpoena served upon RCN seeking production of Mazzola's personal and private information held by RCN.

As grounds thereof the Plaintiff states as follows:

1. Mazzola is a resident of 74 Hunnewell Ave, Brighton MA 02135,
2. On January 14, 2011, Mazzola received correspondence from RCN indicating that the Plaintiff was seeking disclosure of his personal and private information concerning use of his computer.
3. The Plaintiff's law suit is in bad faith, violates Rule 11, and is part of a larger scheme to procure settlement from a large number of individuals by leveraging the release of personal and private information in exchange for financial reward.

4. The Plaintiff's actions represent a gross violation of privacy afforded by both Massachusetts and Illinois state law.
5. The Plaintiff's attempts at procuring personal and private information is simply an attempt at trolling the waters for possible defendants and is far beyond the scope of reasonable discovery as outlined in Federal Rules of Civil Procedure R. 26.
6. Even if this Court found that the subject subpoena was proper, there is no jurisdictional authority for this Court allowing the subpoena and holding a hearing on Mazzola's Motion.
7. The Plaintiff's choice forum in the United States District Court for the Northern District of Illinois represents an extreme inconvenience and is part and parcel of the Plaintiff's and their attorney's well established pattern of abuse of process.
8. Should the Plaintiff's motion fail to be quashed on the basis of Rules 11 and 26, the proper forum for this important privacy matter rests with The United States District for The District of Massachusetts.

WHEREFORE, Julian Mazzola, interested party in the above-captioned matter respectfully requests that the Plaintiff's Subpoena seeking Mazzola's personal and private information be quashed and for further relief that this Court deems meet and just.

Respectfully submitted,

JULIAN MAZZOLA, interested Party,

Julian Mazzola
74 Hunnewell Ave
Brighton MA, 02135
(508) 308-3234

Copy of Subpoena



# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

HARD DRIVE PRODUCTIONS, INC.
*Plaintiff*
v.
DOES 1 - 1000
*Defendant*

Civil Action No. 1:10-cv-05606

(If the action is pending in another district, state where: )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: RCN Corporation, attn: Subpoena Compliance/Legal,
c/o CT Corporation System, 4701 Cox Rd Ste 301, Glen Allen, VA 23060-6802

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: | Date and Time: |
|---|---|
| Steele Law Firm, LLC<br>161 N Clark St. Ste. 4700<br>Chicago, IL 60601 | 01/12/2010 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/29/2010

*CLERK OF COURT*

OR

_______________________
*Signature of Clerk or Deputy Clerk*

/s/ John Steele
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Hard Drive Productions Inc. , who issues or requests this subpoena, are:

John Steele, Steele Law Firm LLC, 161 N Clark St. Ste. 4700, Chicago, IL 60601, john@steele-law.com; 312-893-5888