

County Clerk's Office

Everett Mckinley Dirksen Courthouse

219 South Dearborn Street

Chicago, Illinois 60604



**FILED**

JAN 1 9 2011

Jan 19. 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

January 3, 2011

This letter is being sent to oppose disclosure of all information associated with my account with Charter Cable.

A subpoena was filed with charter for this release on 9-14-2010. civil action <u>1:10-cv-05606</u>.

I received a letter notifing me of this subpoena on December 30, 2010 with a date of January 13, 2011 to respond with a request to block release. I was not given much information for the reason. The best I can understand, it pertains to a download of some kind believed to be a copyright infringement. What was downloaded or a date was not provided.

If something was transferred through my router, it was done without my knowledge or consent.

All downloads we make are from web sites on public domain search engines for our own personal use. We try to use caution in our actions. Nothing has ever been shared or sold. I assure you we would not purposefully download something we knew to be illegal. If whatever was downloaded, was a copyright infringement, the fault lies with the site that provided it.

My connection to the internet is via a wireless router. If I am guilty of any wrong doing, it is foolishly not protecting the router for a period of time. This download may have been made by someone unknown to me using my router.

I have never received any notice, warning or an order to discontinue usage of any site associated with any illegal downloads or usage that would have made me aware of someone using my router

Please do not allow my information to be disclosed.

Ip address - 97.81.55.115 00:23:a2:7a:b0:95 00:1d:7e:2b:b6:c8 2010-04-13 07:23:32 2010-12-09 18:52:21

ID # 42