**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Hard Drive Productions, Inc.
                              Plaintiff,

v.                                                    Case No.: 1:10–cv–05606
                                                    Honorable James B. Zagel

Does 1–1000
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 22, 2011:

      MINUTE entry before Honorable James B. Zagel: Motion hearing held on 2/22/2011 regarding extension of time [48]. MOTION by Plaintiff Hard Drive Productions, Inc. for extension of time until 5/25/2011 to perfect service of process [48] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.