# EXHIBIT A

| IP Address | IP Address |
|---|---|
| 68.191.38.32 | 98.165.153.215 |
| 68.102.62.185 | 24.237.48.232 |
| 24.235.75.12 | 24.237.48.232 |
| 68.185.175.22 | 12.154.110.26 |
| 71.35.48.250 | 216.254.127.249 |
| 24.107.208.236 | 71.82.142.37 |
| 75.110.239.116 | 75.135.215.125 |
| 69.109.237.203 | 97.81.92.168 |
| 75.34.212.119 | 97.91.71.249 |
| 67.185.65.240 | 97.127.2.162 |
| 75.118.59.40 | 97.112.114.145 |
| 98.21.72.36 | 216.40.168.102 |
| 70.15.108.158 | 216.244.55.69 |
| 75.171.209.1 | 74.244.54.218 |
| 71.95.192.103 | 72.148.117.131 |
| 75.128.55.199 | 70.157.129.33 |
| 98.108.141.228 | 65.12.134.130 |
| 75.51.186.152 | 24.192.26.49 |
| 99.53.229.207 | 76.76.228.195 |
| 70.251.226.213 | 24.139.60.157 |
| 174.54.207.12 | 97.116.102.54 |
| 173.31.238.75 | 75.128.55.199 |
| 24.205.121.58 | 71.9.209.147 |
| 24.196.108.14 | 70.44.167.121 |
| 97.92.66.164 | |
| 97.80.102.6 | |
| 71.82.97.50 | |
| 71.88.189.196 | |
| 68.115.104.114 | |
| 69.242.229.78 | |