# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Hard Drive Productions, Inc.

                Plaintiff,

v.                                Case No.: 1:10–cv–05606
                                       Honorable James B. Zagel

Does 1–1000

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 15, 2011:

      MINUTE entry before Honorable James B. Zagel:Motion hearing held on 3/15/2011. Motion to quash [40] is denied; Motion to vacate is denied; Motion to quash [41] is denied; Motion to quash [44] is denied; Motion to strike [51] is granted; Motion to quash [15] is denied; Motion for protective order [19] is denied; Motion to dismiss for lack of jurisdiction [20] is denied; Motion to withdraw [21] is granted. MOTION by Plaintiff Hard Drive Productions, Inc. to strike affidavits [51] is granted. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.