**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. ) | |
| ) | CASE NO.: 1:10-cv-05606 |
| Plaintiff, ) | |
| ) | Judge: James B. Zagel |
| v. ) | |
| ) | Magistrate Judge: Geraldine S. Brown |
| DOES 1 – 1000 ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in <u>Exhibit A</u> to this Notice of Dismissal. The respective Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[Intentionally left blank]

                              Respectfully submitted,

                              HARD DRIVE PRODUCTIONS, INC.

**DATED:** April 13, 2011

                              By:    /s/ John Steele
                                        John Steele (Bar No. 6292158)
                                        Steele Hansmeier PLLC
                                        161 N. Clark St.
                                        Suite 4700
                                        Chicago, IL 60601
                                        312-880-9160;  Fax 312-893-5677
                                        jlsteele@wefightpiracy.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on April 13, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                s/ John Steele
                JOHN STEELE