# EXHIBIT A

**IP Address**
173.18.146.53
173.190.31.112
173.190.31.220
173.190.43.54
173.191.61.116
174.24.154.22
184.8.38.109
64.179.139.50
65.9.238.130
67.121.126.52
68.255.6.121
70.251.237.248
71.138.129.128
71.138.133.138
71.155.230.236
71.155.231.8
71.155.234.134
71.218.200.205
71.218.201.36
71.218.202.17
71.218.203.134
71.218.207.161
71.218.213.71
71.218.214.9
75.111.79.192
75.166.15.209
75.166.16.161
75.166.20.108
75.166.23.111
75.166.8.249
75.166.9.41
75.168.171.233
75.17.57.74
75.17.58.10
75.48.3.174
75.53.176.218
75.60.194.130
75.60.227.39
75.90.145.146
97.124.134.155
99.111.246.231
99.174.167.234