**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Hard Drive Productions, Inc. | ) | Case No. 10-cv-05606 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| Does 1-1000 | ) | Magistrate Judge Soat Brown |

**NOTICE OF DEFENDANT JOHN DOE (24.34.244.206)
MOTION TO DISMISS FOR LACK OF JURISDICTION
OR ALTERNATELY TO SEVER FOR IMPROPER JOINDER AND/OR QUASH
SUBPOENA AND FOR COSTS AND FEES**

     Please be advised that on Tuesday, May 3, 2011 at 10:15AM the undersigned shall appear before the Honorable Judge James B. Zagel or any judge sitting in his stead, in Room 2503 at the courthouse located at 219 South Dearborn Street, Chicago, IL and shall then and there present a Motion to Dismiss for Lack of Jurisdiction or Alternately to Sever for Improper Joinder and/or Quash Subpoena and for Costs and Fees.

     The undersigned further hereby certifies that on April 19, 2011, all counsel of record deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                  Respectfully submitted,

                                                  John Doe (24.34.244.206)

By: _____
       David Gulbransen
       Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
159 N. Marion Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com