**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. )<br>                               )<br>    Plaintiff,        )<br>                               )<br>v.                               )<br>                               )<br>DOES 1 – 100       )<br>                               )<br>    Defendants.    )<br>                               ) | CASE NO.: 1:10-cv-05606<br><br>Judge: James B. Zagel<br><br>Magistrate Judge: Geraldine S. Brown |

**NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT**

    Plaintiff HARD DRIVE PRODUCTIONS, INC., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provides this notice that all claims against that certain defendant identified in the Complaint as associated with IP address **98.193.156.157**, should be, and hereby are, dismissed with prejudice.

                                        Respectfully submitted,

                                        Hard Drive Productions, Inc.

**DATED:** April 19, 2011

                                  By:    /s/ John Steele_____
                                                John L. Steele (Bar No. 6292158)
                                                Steele Law Firm, LLC
                                                161 N. Clark St.
                                                Suite 4700
                                                Chicago, IL 60601
                                                312-893-5888;   Fax 312-893-5604
                                                john@steele-law.com
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 19, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a). On April 19, 2011 the attorney listed below was served a true and correct copy of the foregoing document via email.

>Stephen J. Zralek, Esq.
>Bone McAllester Norton PLLC
>Nashville City Center
>511 Union St., Ste. 1600
>Nashville, TN  37219
>szralek@bonelaw.com
>Attorneys for IP Address: 98.193.156.157

s/ John Steele<br>JOHN STEELE