

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hard Drive Productions, Inc.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>Andrew L. Schwiebert  )<br>)<br>*pro se*  )<br>)<br>and multiple John Does  )<br>)<br>Defendants,  ) | FILED<br>APR 2 2 2011<br>APR 22 2011<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT C...<br><br>Civil Action No.<br>1:10cv-05606 |

## MOTION TO DISMISS FOR IMPROPER JOINDER

THE UNDERSIGNED, pro se, moves the court for dismissal of the complaint against the defendant and states that:

1. The plaintiff has joined Does 1-1000 without presenting adequate evidence that any of the joined defendant's actions arise out of the same transaction or occurrence.

2. The Plaintiff has improperly joined Does 1 – 1000, pursuant to Fed. R. Civ. P 20 which states:

    "Persons...maybe joined in one action as defendants if:

    (A) any right to relief is asserted against them jointly, severally, or in the the alternative with respect to arising out of the same transaction, occurrence or series of transactions or occurrences;

1

3. The plaintiff is alleging that copyrighted content was downloaded and shared with other joined defendants on the defendant's IP address. A single one of the plaintiff's works is cited on page 9 of Document #:30-1 pertaining to the undersigned defendant's IP address. (Case: 1:10-vc-05606 Document #:30-1 Filed 11/25/10 Page 9 of 28 Page ID #:155) This document demonstrates that there are various works the plaintiff is alleging the joined defendants infringed upon, However most, if not all of these occurrences have absolutely nothing to do with the undersigned defendant.

4. With the various works and content cited in Document #:30-1, I would argue that a proper joinder should be limited to joined defendants who allegedly downloaded or shared the same content or work, constituting the same transaction or occurrence.

5. I submit that joined defendants who's computer IP addresses have allegedly downloaded or shared a particular work constitutes a single occurrence or transaction. There is no relationship between my IP address and another defendant's IP address that allegedly downloaded completely different content. The plaintiff did not join each defendant for each specific occurrence or transaction, but has rather joined a broad group of defendants who's IP addresses have no relationship to each other on the internet whatsoever.

6. The Plaintiff has improperly joined Does 1 – 1000 in violation of Rule 20, Fed. R. Civ. P. 20.

WHEREFORE, the undersigned prays that this honorable court dismiss the plaintiff's complaint as it pertains to the undersigned for lack of proper joinder. The undersigned moves for a severance of all Defendants, or in the alternative, the undersigned moves for a severance against the case against him personally from the rest

of the defendants.

The undersigned proposes an order similar in form to: "The case against "John Doe 67.169.197.73 (Identity Protected) is hereby dismissed."

Dated this 18 Day of April, 2011

Respectfully submitted,
*[signature]*, *pro se*

Andrew L. Schwiebert

2824 SE Balfour St.

Milwaukie, OR 97222

503-305-8341