

FILED
APR 21 2011
APR 21 2011
MICHAEL W. DOBBINS
CLERK, U.S. DIST...

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

HARD DRIVE PRODUCTIONS, INC.  )
Plaintiff                     )     Civil Action No 1:10-cv-05606
v.                            )
DOES 1 - 1000                 )
                              )

LIMITED APPEARANCE, MOTION TO INTERVENE UNDER LR 5.6, OBJECTION TO JURISDICTION, AND MOTION TO QUASH SUBPOENA AS TO WITUCHOWSKI.

**1. Limited Appearance.**

Witold Wituchowski, on behalf of his family, makes this pro se appearance, for the limited purpose of objecting to any jurisdiction in Illinois, and moving to quash the subpoena by which Comcast indicates it will release information on myself of my family, even though the IP addresses listed by Comcast do not pertain to ourselves or any of the three computers in our household.

**2. Objection to Jurisdiction, No Contacts with Illinois.**

Neither myself nor any member of my family have had any contact with the State of Illinois, and we object to any claim of jurisdiction over us in Illinois.

We have no ability to defend ourselves against any lawsuit in Illinois, and no ability to hire an Illinois attorney. We respectfully object to any assertion of jurisdiction over us in Illinois, and ask to be able to maintain our objection, even though we are forced to move to quash the subpoena.

**4. Motion to Intervene for Limited Purpose.**

This Court's local rules do not permit non-parties to file any documents with the court, except for motions to intervene;

> LR 5.6. Filing Documents by Non-parties
> No pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Absent such an order, the clerk shall not accept any document tendered by a person who is not a party. Should any such document be accepted inadvertently or by mistake in the absence of such an order, it may be stricken by the court on its own motion and without notice.

So, for the limited purpose of filing this motion to quash subpoena, I move to intervene in this suit.

**3. Motion to Quash Subpoena.**

I have received notice from Comcast that they intend to provide my name, address and unknown "other information" to this court, in response to a subpoena, with a list of IP addresses.

I object strenuously to any information about myself or my family being given in response to this subpoena, which should not even pertain to my family or me. Nobody living in our household has illegally downloaded. With today's technology it is very easy for our internet to be hacked thus granting the hacker the use of our IP Address, for which we have no control over.

We are very private people, we do not share our lives, or the contents of our computers, and to provide unknown "other information" is an invasion of our privacy, to which we all object.

I ask that this motion be decided without a live hearing, as I have no ability to travel to Illinois.

Respectfully Submitted this 4 day of May, 2011,

_____
Witold Wituchowski, pro se.
15047 – SE 43rd Pl.
Bellevue, WA 98006-2413

---

Declaration of Service;

On the date shown below, I served a copy of the document to which this Declaration is attached, as follows;

1. To Clerk of Court (Original, by US Mail)
    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604
    (312) 435-5670

2. Fax to Comcast, Fax number 1-866- 947-5587.

3. to Attorney shown on Subpoena;
    JOHN STEELE, STEELE LAW FIRM LLC
    161 N. Clark St. Ste. 4700, Chicago, IL 60601
    email: john@steele-law.com
    phone: 312-893-5888

Signed under penalty of perjury, under the laws of the United States, at Bellevue, Washington, on this May 4, 2011.

_____
Witold Wituchowski, pro se.

MOTION TO QUASH SUBPOENA 3