**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Hard Drive Productions, Inc., et al.

                           Plaintiff,

v.                                                      Case No.: 1:10–cv–05606
                                                      Honorable James B. Zagel

Does 1–1000, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 26, 2011:

      MINUTE entry before Honorable James B. Zagel:Noticed hearing for 4/28/2011 regarding motion to dismiss [96] and motion to sever [97] is stricken until further order of court.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.