**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Sandra Van Compernolle
(Please print)

STREET ADDRESS: 957 Old Buddington Rd

CITY/STATE/ZIP: Groton, Ct. 06340

PHONE NUMBER: 860-448-1193

CASE NUMBER: Civil Action No 1:10-cv-05606

Signature: Sandra J. Van Compernolle

Date: 4/21/11

FILED
APR 28 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT