**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. ) | |
| ) | CASE NO.: 1:10-cv-05606 |
| Plaintiff, ) | |
| ) | Judge: Hon. Rebecca R. Pallmeyer |
| v. ) | |
| ) | |
| DOES 1 – 1000, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF A CERTAIN DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 76.126.231.118. The Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[Intentionally left blank]

-2-

        Respectfully submitted,

        HARD DRIVE PRODUCTIONS, INC.

**DATED:** May 4, 2011

        By:    /s/ John Steele_____
              John Steele (Bar No. 6292158)
              Steele Hansmeier PLLC
              161 N. Clark St.
              Suite 4700
              Chicago, IL 60601
              312-880-9160;   Fax 312-893-5677
              jlsteele@wefightpiracy.com
              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 4, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ John Steele
JOHN STEELE
