# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 5/5/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc vs. Does 1-1000 | | |

**DOCKET ENTRY TEXT**

Agreed motion to dismiss certain motions to quash and dismiss [158] granted. A Certain John Doe Defendant is dismissed without prejudice to Plaintiff's remaining claims and remaining Defendants. Motions [80] is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|