**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Hard Drive Productions, Inc., et al.
                         Plaintiff,

v.                                          Case No.: 1:10−cv−05606
                                          Honorable Rebecca R. Pallmeyer

Does 1−1000, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 9, 2011:

      MINUTE entry before Honorable James B. Zagel:Motion hearing set for 5/10/2011 is stricken. Motion hearings set for 5/24/2011 are stricken. Status hearing set for 6/24/2011 is stricken. Case has been reassigned to the Honorable Judge Rebecca Pallmeyer.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.