**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. ) | |
| ) | CASE NO.: 1:10-cv-05606 |
| Plaintiff, ) | |
| ) | Judge: Hon. Rebecca R. Pallmeyer |
| v. ) | |
| ) | |
| DOES 1 – 1000 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol 24.11.102.144.  The Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[Intentionally left blank]

-2-

        Respectfully submitted,

        HARD DRIVE PRODUCTIONS, INC.

**DATED:** May 20, 2011

        By:    /s/ John Steele_____
              John Steele (Bar No. 6292158)
              Steele Hansmeier PLLC
              161 N. Clark St.
              Suite 4700
              Chicago, IL 60601
              312-880-9160; Fax 312-893-5677
              jlsteele@wefightpiracy.com
              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 20, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

Michael Doucette
24 Birches Road
Hubbardston, MA 01452

Witold Wituchowski
15047 – SE43rd Place
Bellevue, WA 98006-2413

Demetrius L Siller
14555 Philippine St.
Apt. 311
Houston, TX 77040

Robert D. Cloxton
15370 Bellamar Cie. #3424
Fort Meyers, FL 33908

Sandra VanCompernolle
957 Old Buddington Rd.
Groton CT 06340

                                                                     s/ John Steele
                                                                     JOHN STEELE