**F I L E D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 0 2 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:10-cv-05606 |
| DOES 1-1000 ) | |
| Defendant ) | |

### DECLARATION TO SUPPORT MOTION BY DEFENDANT DOE 24.255.87.245

COMES NOW DOE 24.255.87.245

1. I am a residential customer of Cox Communications. I was notified in a letter from Cox Communications dated 04/22/2011 that information related to the IP address 24.255.87.245 was subpoenaed by plaintiffs in association with this case. The letter from Cox Communications informed me that unless I responded to this court, Cox Communication would disclosed my "name, address, and other information" in response to the subpoena.

2. I am a resident of Louisiana. I was an resident of Louisiana at the time identified in the Plaintiff's subpoena. At no time have I ever been a resident of Illinois.

3. I have not transacted any business in Illinois.

4. I have not contracted to supply services in Illinois

5. I have no interest in any real property located in Illinois

6. I do not use any real property located in Illinois.

**As attested in a sealed motion for protective order accompanying this filing, I have signed this declaration as a John Doe to avoid giving the Plaintiffs the very information that would be revealed in response to the subpoena that I an seeking to quash.**

7. I have not agreed to act as surety for or on any person, property, risk, contract obligation, or agreement located or executed to be performed in Illinois.

8. I do not do business in or solicit business from Illinois, or sell products or services in the stream of commerce which might enter Illinois.

9. I do not derive any income from Illinois.

10. I do not engage in any other persistent course of conduct in Illinois.

11. I do not consent to personal jurisdiction in any court in Illinois.

I declare under penalty or perjury and the laws of the United States that the foregoing is true and correct.

Dated this 7th day of April, 2011.

THANK YOU

Doe 24.255.87.245, pro se

Doe 24.255.87.245

chp

Rockford Office
United States Courthouse
211 South Court Street
Rockford, Illinois 61101

For: Michael W. Dobbins, Clerk of Courts

BATON ROUGE LA 707
12 MAY 2012 PM 2

