# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 6/8/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc vs. Does 1-1000 | | |

**DOCKET ENTRY TEXT**

Ruling held. Motions to quash [70, 77, 90, 96, 153, 156, 163] denied without prejudice. Proposed Protective Order to be submitted.

*Notices mailed by Judicial staff.*

00:21

| | Courtroom Deputy Initials: | ETV |
|---|---|---|