IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC. | ) | CASE NO. 10-cv-05606 |
| | ) | |
| Plaintiff, | ) | Judge: Hon. Rebecca R. Pallmeyer |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1–1000 | ) | **PROTECTIVE ORDER** |
| | ) | |
| Defendants. | ) | |

In the interests of ensuring an efficient and prompt resolution of this action and of protecting the due process rights of all parties, the undersigned hereby stipulates, subject to approval and entry by the Court, to the following Protective Order issued pursuant to Fed. R. Civ. P. 26(c):

1. Plaintiff shall not file an amended complaint or otherwise name any of the Doe Defendants in the above-captioned case until further order of this Court.

**SO STIPULATED.**

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St., Suite 4700,
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

**SO ORDERED.**

DATED: June 14, 2011

Rebecca R. Pallmeyer
United States District Judge