# EXHIBIT A

**IP Address**

| | | | | | |
|---|---|---|---|---|---|
| 112.132.157.143 | 24.254.213.46 | 67.182.253.57 | 69.109.237.203 | 71.170.0.72 | 72.218.133.10 |
| 174.50.75.5 | 24.4.89.30 | 67.183.120.20 | 69.138.73.56 | 71.194.1.157 | 74.83.51.97 |
| 174.54.37.16 | 24.5.5.42 | 67.185.65.240 | 69.142.154.7 | 71.194.185.211 | 74.95.51.61 |
| 208.101.147.16 | 24.6.61.130 | 67.188.242.79 | 69.142.204.40 | 71.198.186.174 | 75.110.239.116 |
| 209.136.99.65 | 24.62.132.153 | 67.188.33.88 | 69.180.129.89 | 71.201.244.202 | 75.118.59.40 |
| 216.36.12.16 | 24.62.241.146 | 67.219.74.36 | 69.181.217.51 | 71.202.233.189 | 75.118.8.187 |
| 24.1.242.212 | 24.7.215.15 | 68.102.226.156 | 69.181.33.27 | 71.202.26.148 | 75.16.51.122 |
| 24.10.66.61 | 63.198.18.86 | 68.102.62.185 | 69.181.88.113 | 71.202.37.236 | 75.171.209.1 |
| 24.102.159.90 | 64.104.56.166 | 68.104.56.166 | 69.209.32.99 | 71.206.222.105 | 75.19.163.198 |
| 24.107.208.236 | 64.30.67.243 | 68.13.64.146 | 69.244.179.130 | 71.224.179.91 | 75.34.212.119 |
| 24.12.217.246 | 64.41.6.34 | 68.13.94.223 | 69.246.11.147 | 71.225.214.181 | 75.56.55.33 |
| 24.126.90.154 | 66.122.185.228 | 68.185.175.22 | 69.247.160.102 | 71.230.201.99 | 75.57.137.67 |
| 24.14.188.127 | 66.169.140.64 | 68.187.38.251 | 69.250.147.7 | 71.234.111.150 | 75.66.122.72 |
| 24.148.71.214 | 66.30.79.59 | 68.191.38.32 | 69.47.8.136 | 71.238.216.74 | 75.66.182.177 |
| 24.15.176.234 | 67.162.234.242 | 68.2.38.75 | 70.15.108.158 | 71.35.48.250 | 75.75.189.70 |
| 24.16.23.194 | 67.164.34.198 | 68.230.69.73 | 70.161.255.198 | 71.37.163.109 | 75.75.82.77 |
| 24.17.83.104 | 67.164.73.122 | 68.255.6.121 | 70.171.193.193 | 71.60.196.62 | 75.79.33.233 |
| 24.19.232.63 | 67.167.3.218 | 68.32.43.86 | 70.179.18.141 | 71.62.61.30 | 75.9.100.134 |
| 24.20.234.30 | 67.168.131.156 | 68.34.166.53 | 70.251.237.248 | 71.62.76.174 | 76.102.169.188 |
| 24.214.199.3 | 67.170.237.247 | 68.48.226.82 | 71.10.31.210 | 71.63.50.17 | 76.102.66.254 |
| 24.218.89.189 | 67.175.61.127 | 68.52.84.172 | 71.108.251.135 | 71.91.76.42 | 76.103.245.220 |
| 24.22.58.140 | 67.176.235.98 | 68.58.76.137 | 71.146.160.196 | 71.94.13.38 | 76.103.253.23 |
| 24.235.75.12 | 67.177.212.51 | 68.84.229.50 | 71.155.233.1230 | 71.95.192.103 | 76.110.115.158 |

| | |
|---|---|
| 76.112.195.203 | 98.227.113.83 |
| 76.118.212.224 | 98.231.141.27 |
| 76.126.221.225 | 98.232.104.63 |
| 76.16.134.40 | 98.234.112.64 |
| 76.19.124.153 | 98.238.212.227 |
| 76.19.182.184 | 98.247.35.242 |
| 76.20.22.40 | 98.248.29.81 |
| 76.21.171.227 | 99.15.90.2 |
| 76.21.87.95 | 99.185.133.232 |
| 76.26.83.51 | 99.21.36.132 |
| 76.98.120.189 | 99.21.39.159 |
| 76.99.128.225 | 99.37.188.228 |
| 76.99.18.157 | 99.7.50.226 |
| 96.19.61.104 | |
| 96.254.111.83 | |
| 97.116.102.54 | |
| 97.121.206.47 | |
| 98.108.167.139 | |
| 98.176.138.211 | |
| 98.185.131.235 | |
| 98.186.186.48 | |
| 98.196.185.203 | |
| 98.200.247.96 | |
| 98.204.103.58 | |
| 98.204.134.112 | |
| 98.207.143.156 | |
| 98.208.126.120 | |
| 98.21.72.36 | |
| 98.212.149.233 | |
| 98.215.141.69 | |
| 98.220.229.230 | |
| 98.220.46.239 | |
| 98.221.34.65 | |
| 98.222.182.57 | |