# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 6/17/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc. Vs. Does 1 - 1000 | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff's notice of dismissal, Plaintiff dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in Exhibit A to his notice. The Clerk's Office is directed to dismiss such Doe Defendants. Case remains pending with respect to the remaining Defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|