# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 7/7/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc. vs. Does 1-1000 | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/7/2011. Motions to quash are denied. The court understands the requested information will be made available to Plaintiff for attorneys' eyes only. Status hearing set for 9/13/2011 at 9:00 AM.

Notices mailed by Judicial staff.

00:03

| Courtroom Deputy Initials: | ETV |
|---|---|