# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 8/12/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc vs. Does 1-1000 | | |

**DOCKET ENTRY TEXT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 98.227.124.248.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|