

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 3 0 2011 NF
Aug 30, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HARD DRIVE PRODUCTIONS, INC.,

Plaintiff,

vs.

KELLY BOWMAN, et al.

Defendant.

NO. 1:10-cv-05606

Pallmeyer

## NOTICE OF BANKRUPTCY

**NOTICE IS HEREBY GIVEN** that on August 26, 2011, Kelley Sean Bowman, the above named Defendant, filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the District of New Mexico, filing No. 7-11-13831-JA.

The above captioned cause is therefore stayed against this Defendant pursuant to 11 U.S.C. 362. This Notice is filed to inform this Court of the bankruptcy filing and is neither an entry of appearance nor representation of the Defendant in the above captioned matter by the undersigned.

DON PROVENCIO, P.A.

Don Provencio, Esq.
Attorney for Debtor
1721 Carlisle Blvd. N.E.
Albuquerque, NM 87110
Telephone: (505)843-7071

I hereby certify that a true copy of the foregoing was mailed to counsel of record herein on the 26th day of August, 2011.

Don Provencio, Esq.