**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 1000 )<br>)<br>Defendants. )<br>)<br>) | CASE NO.: 1:10-cv-05606<br><br>Judge: Hon. Rebecca R. Pallmeyer |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol addresses 68.32.43.86 and 76.99.128.225. The Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore effective as of this notice.

[intentionally left blank]

        Respectfully submitted,

        HARD DRIVE PRODUCTIONS, INC.

**DATED:** September 12, 2011

        By:    /s/ John Steele
                John Steele (Bar No. 6292158)
                Steele Hansmeier PLLC
                161 N. Clark St.
                Suite 4700
                Chicago, IL 60601
                312-880-9160;   Fax 312-893-5677
                jlsteele@wefightpiracy.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on September 12, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).S

                                           s/ John Steele
                                           JOHN STEELE