## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. ) | |
| ) | CASE NO.: 1:10-cv-05606 |
| Plaintiff, ) | |
| ) | Judge: Hon. Rebecca R. Pallmeyer |
| v. ) | |
| ) | |
| DOES 1 – 1000 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against all Doe Defendants <u>except</u> the Doe Defendant associated with IP address: 67.202.145.53. The Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

-2-

Respectfully submitted,

HARD DRIVE PRODUCTIONS, INC.

**DATED:** September 12, 2011

By: /s/ John Steele
John Steele (Bar No. 6292158)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160; Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

-2-

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 12, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).S

                s/ John Steele
                JOHN STEELE