# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 9/13/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc. vs. Does 1 - 1000 | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff's notice of dismissal of certain Doe defendants [206] under Rule 41(a)(1) of the Federal Rules of Civil Procedure, the court hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses 68.32.43.86 and 76.99.128.225.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|