Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 9/13/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc. vs. Does 1 - 1000 | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiff's notice of dismissal of certain Doe defendants [207] under Rule 41(a)(1) of the Federal Rules of Civil Procedure, the court hereby dismisses without prejudice all causes of action in the complaint against all Doe Defendants <u>except</u> the Doe Defendants associated with Internet Protocol address: 67.202.145.53.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|