# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer  *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 9/13/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc. Vs. Does 1-1000 | | |

**DOCKET ENTRY TEXT**

Motion for leave to withdraw as counsel [208] granted as to Sean P. Paris on behalf of defendant identified by the Internet Protocol ("IP") address 76.120.57.40.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|