IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
_____

HARD DRIVE PRODUCTIONS, INC,

                                                CASE NO. 1:10-CV-05606

    Plaintiff,

                                             Judge: Hon. Rebecca R. Pallmeyer

v.

 DOES 1 – 1000,

    Defendants.

_____

**PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the sole remaining Doe Defendant in this action. The Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

       Respectfully submitted,

       HARD DRIVE PRODUCTIONS, INC.

**DATED:** September 23, 2011

       By:  <u>/s/ John Steele</u>
          John Steele (Bar No. 6292158)
          Steele Hansmeier PLLC
          1111 Lincoln Road, Suite 400
          Miami Beach, FL 33139
          Tel: (305) 748-2102
          jlsteele@wefightpiracy.com
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 23, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                    /s/ John Steele
                                                 JOHN STEELE