# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5606 | **DATE** | 9/26/2011 |
| **CASE TITLE** | Hard Drive Productions, Inc. v. Does 1-1000 | | |

**DOCKET ENTRY TEXT**

Pursuant to notice of dismissal, the Plaintiff dismisses with prejudice all causes of action against the sole remaining Doe Defendant in this action. Case is dismissed. Status hearing set for 9/27/2011 is stricken and all pending motions are stricken as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|